FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 11 2016
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM SCHROCK | Case No. 4:16cv497-JLH |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| DIVERSIFIED ADJUSTMENT SERVICE INCORPORATED, | This case assigned to District Judge Holmes and to Magistrate Judge Kearney |
| Defendant. | |

TO: **THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN OF ARKANSAS**, and

**PLAINTIFF ABOVE-NAMED**, William Schrock, 12001 Lemoncrest Lane, Little Rock, Arkansas 72210

**PLEASE TAKE NOTICE** that Defendant hereby removes the State Court action described below to this Court pursuant to 28 U.S.C. §§ 1331 and 1441, *et seq.* and respectfully states as follows:

1. Plaintiff has purportedly commenced the removed action, on June 10, 2016 in the District Court of Pulaski County, Civil Division, State of Arkansas. It is entitled *William Schrock v. Diversified Adjustment Service Incorporated* and is now pending in said Court. See Exhibit A, a true and correct copy of Plaintiff's Complaint, dated June 10, 2016. No further proceedings have been had therein. Defendant received the Summons and a copy of Plaintiff's Complaint by certified mail on the 16th day of June,

2016. This Notice of Removal is, therefore, timely filed within the 30-day period prescribed by 28 U.S.C. § 1446(b).

2. This action may be removed from the District Court for the County of Pulaski, Civil Division, in the Arkansas, pursuant to 28 U.S.C. §§ 1441 and 1331 (federal question jurisdiction), because the Eastern District of Arkansas is the District embracing the place where the action is pending.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, because the action constitutes a claim by Plaintiff for violation of a federal statute, the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

4. Contemporaneous with the filing of this Notice of Removal, Defendant is serving written notice of the filing of this Removal on Plaintiff. A copy of the same is also being filed with the Clerk of District Court in Pulaski County, Arkansas.

**WHEREFORE**, Defendant removes this action from the District Court for the County of Pulaski, Civil Division, in the State of Arkansas, and respectfully requests any further relief, general or specific, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

**BRANCH, THOMPSON, WARMATH & DALE, P.A.**

By _____
Robert F. Thompson (Ark. Bar 97232)
414 West Court
Paragould, AR 72450
870-239-9581 phone
870-239-4859 fax
rthompson@paragouldlawyer.com

and

**BASSFORD REMELE,** *A Professional Association*
Christopher R. Morris (MN License #230613)
cmorris@bassford.com
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

*ATTORNEYS FOR DEFENDANT*

notice of removal - schrock (1575965).docx

# SMALL CLAIMS COMPLAINT

Pulaski County District Court
3001 West Roosevelt Road
Little Rock, Arkansas 72204
Phone: 340-6830  Fax: 340-6899

CASE # PCSC-16-199

PLAINTIFF William Schrock
ADDRESS 12001 Lemoncrest Lane  (HM) PHONE 501-313-4645  (WK) 501-908-6040
CITY Little Rock  STATE AR  ZIP 72210

VS.

DEFENDANT - 1 Diversified Adjustment Service Incorporated
EMPLOYMENT _____
ADDRESS 100 S. 5th Street Suite 1075  HOME ADDRESS _____
CITY Minneapolis  STATE MN  CITY ___  STATE ___
ZIP 55402  PHONE ___  ZIP ___  PHONE ___

DEFENDANT - 2 _____
EMPLOYMENT _____
ADDRESS _____  HOME ADDRESS _____
CITY ___  STATE ___  CITY ___  STATE ___
ZIP ___  PHONE ___  ZIP ___  PHONE ___

AGENT OF SERVICE FOR CORPORATION (DEFENDANT'S) CT Corporation System Inc.
ADDRESS 100 S. 5th St. Suite 1075  CITY Minneapolis  STATE MN  ZIP 55402

AMOUNT OF RELIEF CLAIMED $ 5,000.00  DATE CLAIM AROSE 5-2-16

FACTS EXPLAINING THIS CLAIM Defendant failed to mark dispute on my account they have listed with credit bureau. I gave them two different opportunities to fix errors to my file, but they refuse to cooperate within the confines of the law, per the Fair Credit Reporting Act concerning disputed accounts.

SIGNATURE OF PLAINTIFF William Schrock

**IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS FROM THE DATE YOU RECEIVE THIS COMPLAINT, JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED PLUS THE COURT COSTS.**

CLAIM AMOUNT $ 5000.00
FILING FEES $ 65.00
SERVICE FEES $ 11.42  SERVER CM
TOTAL $ 5076.42

DEFENDANT'S EXHIBIT A

Advance Print Solutions (501) 562-7271

## DEFENDANTS INSTRUCTIONS

1. Please fill out the enclosed ANSWER/COUNTERCLAIM form and return it to the Clerk's Office.
2. If the attached complaint shows this case to be in SMALL CLAIMS, it is not necessary to hire an attorney although you may do so, if you wish; in the event both parties do not have attorneys, the judge will ask questions of each party and decide the case on the evidence.
3. You may bring witnesses with you to testify on your behalf or you may have witnesses subpoenaed by providing a list of their names and addresses and telephone numbers to the Court Clerk of the PULASKI COUNTY DISTRICT COURT. There will be additional costs for issuance and service of each subpoena.
4. Bring to court all papers, receipts and other materials that might be useful as evidence in the case. REMEMBER THIS IS THE TRIAL DATE.
5. If you wish to contest this claim and it is not possible to appear on the deposition date on the front of the complaint, please notify the Clerk of the Court in person or by telephone no later than ten (10) days prior to the court date, and the Clerk will assist you in requesting a new date. In arranging this new date keep in mind that if you do not appear on the new date a judgement will be entered against you. The telephone number of the Clerk is 340-6830.
6. Bring this form with you when you come to Court.
7. In court, direct all statements and questions to the judge.

IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS, JUDGEMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED PLUS COURT COSTS. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR ANY OF YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGEMENT.

### DO NOT FAIL TO FILE A WRITTEN ANSWER

TO THE ABOVE NAMED DEFENDANT(S):
1. You have been SUED by the afore named plaintiff(s).
2. You must file the attached answer form with this court, within 30 days for Arkansas residents or 30 days for non-residents from the date on which you received this summons or a judgement may be entered against you.
3. In the event that you fail to file a written answer a judgement may be entered against you. If a judgement is entered against you, you do have the right to appeal to Circuit Court within 30 days after the disposition date on the reverse side.
4. You may seed the advice of an attorney on any matter connected with this suit or your answer. Such attorney should be consulted immediately so that an answer may be filed within the time limited stated below.

Amount for which plaintiff may take judgement if you fail to appear, exclusive of interest ..................$ 5000.00

Court Fees ..................$ 65.00

Service Fees ..................$ 11.42

Total ..................$ 5076.42

WITNESS my hand the seal of said Court this day: June 10, 2016

_____
Deputy Court Clerk

# Pulaski County District Court

**JUDGE WAYNE A. GRUBER**  3001 West Roosevelt
Little Rock, AR 72204
501-340-6830
501-340-6899 Fax

## "NOTICE TO THE DEFENDANT"

- You have been **SUED** by the afore named plaintiff.
- You must file the attached answer form with the court within 30 days for Arkansas residents or 30 days for non-residents from the date on which you receive this summons or a judgment may be entered against you.
- In the event you fail to file a written answer, a judgment may be entered against you. If a judgment is entered against you, you do have the right to appeal to Circuit Court within 30 days after the disposition date or the court date.
- You may seek advice of an attorney on any matter connected with this suit or your answer. Such attorney should be consulted immediately so that an answer may be filed within the time limit stated below.

**IMPORTANT:** IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS, **JUDGMENT WILL BE ENTERED AGAINST YOU** FOR THE AMOUNT OF THE CLAIM FILED PLUS COURT COSTS. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR ANY OF YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

**NOTE:** To get a copy of your judgment, you must do one of the following: (1) Pick one up at the clerk's office;
(2) Leave a self-addressed stamped envelope; or
(3) Mail a self-addressed stamped envelope to the clerk's office.

### BASIC COURT PROCEDURES:

The clerk will set a date and time for your case to be tried in court when the answer is filed with the court, and a court date postcard will be sent. If you do not appear on the date of trial, the Judge may enter a default judgment against you. If the plaintiff fails to appear on the date of trial, the Judge may dismiss the case. If a party is aware before the court date that they will not be able to appear, they must contact the court clerk and send a letter requesting a continuance **no less than one week** from the trial date. A continuance is a postponement of the trial to a later date and time. Each party is allowed only one continuance.

### PREPARATION FOR COURT:

Come prepared to present your side. The purpose of small claims court is to offer an inexpensive and quick method of resolving disputes and your preparation will help this effort.

Bring all evidence with you at the time of your trial. This includes all receipts, invoices, pictures, etc. If your case involves estimates (for auto repair, etc.), please bring at least 3 estimates to court for the Judge's consideration. Bring all witnesses with you to the trial. This is your court date and no continuance will be granted to bring new witnesses or evidence at a later date. If you feel you may need to subpoena a witness provide the court with their name, correct address, and case number and the clerks will issue the subpoenas. The cost is $10.86 for service by certified mail or $50.00 for service by the Sheriff's Office or Private Process Server.

**NOTE:** All hand-written, notarized statements may be considered by the Judge as hearsay and discarded. If your case depends on the testimony of a witness, **it is best to have them in court in person.**

### CONDUCTING YOURSELF IN THE COURTROOM:

You should direct all questions and statement to the Judge. **Do not** direct any question or communication to the opposing party. **Do not** interrupt the Judge or the other party.

### JUDGMENT:

The court only decides who should prevail in a given suit. Courts traditionally are only responsible for deciding of disputes and not the enforcement of the judgment. It is totally plaintiff's responsibility to make sure that they are paid by defendant. If you have trouble collecting the money the Judge has awarded you, there are two possible actions you may take for collection, a Writ of Garnishment or Executions.

### GARNISHMENTS:

The writ of garnishments of wages will order an employer to withhold a certain amount of the defendant's paycheck not to exceed 25% of the net pay. Sometimes a person will not make enough income to allow garnishment and those wages are protected by law. In this situation, another option is to garnish their bank account.

### EXECUTIONS:

A writ of execution is mor complicated. It is an order directing the Sheriff to seize the property of the defendant and sell it at public auction.

# IN THE DISTRICT COURT OF PULASKI COUNTY, ARKANSAS

**PULASKI COUNTY DISTRICT COURT**
3001 West Roosevelt
Little Rock, Arkansas 72204
Tele (501) 340-6830 / Fax (501) 340-6899

## SMALL CLAIMS DIVISION
### ANSWER / COUNTERCLAIM

Case No. PCSC-16-199

_____
Plaintiff (Same as listed on complaint form)

_____
Street Address

_____
City

_____
Telephone

vs.

_____
Defendant (Same as listed on complaint form)

A copy of your answer or counterclaim must be filed with the Court within 30 days for Arkansas residents or 30 days for non-residents from the date you receive this summons and a copy delivered or mailed to the plaintiff or his attorney (if applicable), or a default judgment will be entered against you.

**CHECK ONE:**

A. _____ I admit everything in the complaint. (If you checked "A", you do not have to appear in court.)
B. _____ I admit that I am responsible, but not for the total amount claimed by Plaintiff. (Explain below)
C. _____ I deny that I am responsible at all. (Explain below)
D. _____ I deny that I am responsible at all; and wish to file a counterclaim against the Plaintiff as indicated below.

If you checked "B", "C", or "D", briefly explain the reasons for your answer.

B, C, D _____

_____

_____ AMOUNT OF COUNTERCLAIM $_____

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I HAVE SENT A COPY OF THIS ANSWER OR COUNTERCLAIM TO THE PLAINTIFF AT THE ABOVE ADDRESS.

DATE: _____

_____
Signature of Defendant or Defendant's Attorney

_____
Street Address

_____
City, State, Zip

Original – Court (White Copy)
2nd Copy – Defendant (Yellow Copy)
3rd Copy – Plaintiff (Pink Copy)

_____
Telephone

**KEEP A COPY OF THIS ANSWER**

COMPLETE THIS ANSWER AND MAIL THE ORIGINAL TO PULASKI COUNTY DISTRICT COURT, 3001 WEST ROOSEVELT, LITTLE ROCK, ARKANSAS 72204, (501) 340-6830.

## INSTRUCTIONS TO DEFENDANT

1. If you wish to contest the plaintiff's claim and file a claim against the plaintiff, please complete this answer / counterclaim form and file with the Clerk's Office within 30 days.

2. Mail the original form to the Clerk's Office at the address on the bottom of the answer / counterclaim and mail the plaintiff a copy of the answer / counterclaim. The pink copy mailed to the plaintiff by certified mail and the proof of service (green card) must be brought to court on the court date.

## INSTRUCTIONS TO PLAINTIFF

1. By this form, the defendant is **SUING YOU**.

2. (a) You must appear at the date and at the time set for trial. Unless noted otherwise, the original date of trial remains the same. If you fail to appear, the defendant may be given a default judgment against you in the amount specified in the counterclaim.

   (b) You should bring with you at the time set for trial all books, papers, witnesses, and evidence you have to establish your defense.

   (c) You may bring witnesses with you to testify on your behalf or you may have witnesses subpoenaed by providing a list of their names and addresses and telephone numbers to the Court Clerk of the PULASKI COUNTY DISTRICT COURT. At your request, the court will issue subpoenas for any witnesses you may need. (You must order a subpoena as soon as possible, at least three days before the disposition date.)


## CT Corporation

**Service of Process Transmittal**
06/16/2016
CT Log Number 529340167

TO: Peter Jirik
Diversified Adjustment Service, Incorporated
600 Coon Rapids Blvd NW
Minneapolis, MN 55433-5549

RE: **Process Served in Minnesota**

FOR: DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | William Schrock, Pltf. vs. DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED, Dft. |
| DOCUMENT(S) SERVED: | Letter, Instructions, Notice, Answer |
| COURT/AGENCY: | District Court - Pulaski County, AR<br>Case # PCSC16199 |
| NATURE OF ACTION: | Amount $5,076.42 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System Inc., Minneapolis, MN |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 06/16/2016 postmarked on 06/13/2016 |
| JURISDICTION SERVED: | Minnesota |
| APPEARANCE OR ANSWER DUE: | Within 30 days |
| ATTORNEY(S) / SENDER(S): | William Schrock<br>--<br>12001 Lemencrest Lane<br>Little Rock, AR 72210<br>501-313-4645 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 783374197906 |
| SIGNED: | C T Corporation System Inc. |
| ADDRESS: | 100 S 5th St Ste 1075<br>Minneapolis, MN 55402-1265 |
| TELEPHONE: | 612-333-4315 |

Page 1 of 1 / SG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Pulaski County**
OFFICE OF THE DISTRICT COURT
3001 W. ROOSEVELT
LITTLE ROCK, ARKANSAS 72204

CERTIFIED MAIL

7013 0600 0001 3759 4325



neopost
06/13/2016
US POSTAGE $06.47⁰

ZIP 72204
041L13818407

RESTRICTED DELIVERY   DIVERSIFIED ADJUSTMENT SERVICE, INC.   RESTRICTED DELIVERY
c/o CT CORPORATION SYSTEM INC
100 S. 5TH STREET, SUITE 1075
MINNEAPOLIS, MN 55402

PCSC-16-199 △ AOS CS1∅

5540281265 C007