# SMALL CLAIMS COMPLAINT

Pulaski County District Court
3001 West Roosevelt Road
Little Rock, Arkansas 72204
Phone: 340-6830  Fax: 340-6899

CASE # PCSC-16-199

PLAINTIFF William Schrock
ADDRESS 12001 Lemoncrest Lane  (HM) PHONE 501-313-4645  (WK) 501-908-6040
CITY Little Rock  STATE AR  ZIP 72210

VS.

DEFENDANT - 1 Diversified Adjustment Service Incorporated
EMPLOYMENT
ADDRESS 100 S. 5th Street Suite 1075  HOME ADDRESS
CITY Minneapolis  STATE MN  CITY _____ STATE _____
ZIP 55402  PHONE _____  ZIP _____ PHONE _____

DEFENDANT - 2
EMPLOYMENT
ADDRESS _____  HOME ADDRESS _____
CITY _____ STATE _____  CITY _____ STATE _____
ZIP _____ PHONE _____  ZIP _____ PHONE _____

AGENT OF SERVICE FOR CORPORATION (DEFENDANT'S) CT Corporation System Inc
ADDRESS 100 S. 5th St. Suite 1075  CITY Minneapolis  STATE MN  ZIP 55402

AMOUNT OF RELIEF CLAIMED $ 5,000.00  DATE CLAIM AROSE 5-2-16

FACTS EXPLAINING THIS CLAIM Defendant failed to mark dispute on my account they have listed with credit bureau. I gave them two different opportunities to fix errors to my file, but they refuse to cooperate within the confines of the law, per the Fair Credit Reporting Act concerning disputed accounts.

SIGNATURE OF PLAINTIFF: William Schrock

**IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS FROM THE DATE YOU RECEIVE THIS COMPLAINT, JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED PLUS THE COURT COSTS.**

CLAIM AMOUNT $ 5000.00
FILING FEES $ 65.00
SERVICE FEES $ 11.42  SERVER CM
TOTAL $ 5076.42

DEFENDANT'S EXHIBIT A

Advance Print Solutions (501) 562-7271

**DEFENDANTS INSTRUCTIONS**

1. Please fill out the enclosed ANSWER/COUNTERCLAIM form and return it to the Clerk's Office.
2. If the attached complaint shows this case to be in SMALL CLAIMS, it is not necessary to hire an attorney although you may do so, if you wish; in the event both parties do not have attorneys, the judge will ask questions of each party and decide the case on the evidence.
3. You may bring witnesses with you to testify on your behalf or you may have witnesses subpoenaed by providing a list of their names and addresses and telephone numbers to the Court Clerk of the PULASKI COUNTY DISTRICT COURT. There will be additional costs for issuance and service of each subpoena.
4. Bring to court all papers, receipts and other materials that might be useful as evidence in the case. REMEMBER THIS IS THE TRIAL DATE.
5. If you wish to contest this claim and it is not possible to appear on the deposition date on the front of the complaint, please notify the Clerk of the Court in person or by telephone no later than ten (10) days prior to the court date, and the Clerk will assist you in requesting a new date. In arranging this new date keep in mind that if you do not appear on the new date a judgement will be entered against you. The telephone number of the Clerk is 340-6830.
6. Bring this form with you when you come to Court.
7. In court, direct all statements and questions to the judge.

IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS, JUDGEMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED PLUS COURT COSTS. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR ANY OF YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGEMENT.

DO NOT FAIL TO FILE A WRITTEN ANSWER

TO THE ABOVE NAMED DEFENDANT(S):
1. You have been SUED by the afore named plaintiff(s).
2. You must file the attached answer form with this court, within 30 days for Arkansas residents or 30 days for non-residents from the date on which you received this summons or a judgement may be entered against you.
3. In the event that you fail to file a written answer a judgement may be entered against you. If a judgement is entered against you, you do have the right to appeal to Circuit Court within 30 days after the disposition date on the reverse side.
4. You may seed the advice of an attorney on any matter connected with this suit or your answer. Such attorney should be consulted immediately so that an answer may be filed within the time limited stated below.

Amount for which plaintiff may take judgement if you fail to appear, exclusive of interest ................ $ 5000.00

Court Fees ................ $ 65.00

Service Fees ................ $ 11.42

Total ................ $ 5076.42

WITNESS my hand the seal of said Court this day: June 10, 2016

_Mrs. Capps_
Deputy Court Clerk

# Pulaski County District Court

**JUDGE WAYNE A. GRUBER**
3001 West Roosevelt
Little Rock, AR 72204
501-340-6830
501-340-6899 Fax

## "NOTICE TO THE DEFENDANT"

- You have been **SUED** by the afore named plaintiff.
- You must file the attached answer form with the court within 30 days for Arkansas residents or 30 days for non-residents from the date on which you receive this summons or a judgment may be entered against you.
- In the event you fail to file a written answer, a judgment may be entered against you. If a judgment is entered against you, you do have the right to appeal to Circuit Court within 30 days after the disposition date or the court date.
- You may seek advice of an attorney on any matter connected with this suit or your answer. Such attorney should be consulted immediately so that an answer may be filed within the time limit stated below.

**IMPORTANT:** IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS, **JUDGMENT WILL BE ENTERED AGAINST YOU** FOR THE AMOUNT OF THE CLAIM FILED PLUS COURT COSTS. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR ANY OF YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

**NOTE:** To get a copy of your judgment, you must do one of the following: (1) Pick one up at the clerk's office;
(2) Leave a self-addressed stamped envelope; or
(3) Mail a self-addressed stamped envelope to the clerk's office.

### BASIC COURT PROCEDURES:

The clerk will set a date and time for your case to be tried in court when the answer is filed with the court, and a court date postcard will be sent. If you do not appear on the date of trial, the Judge may enter a default judgment against you. If the plaintiff fails to appear on the date of trial, the Judge may dismiss the case. If a party is aware before the court date that they will not be able to appear, they must contact the court clerk and send a letter requesting a continuance **no less than one week** from the trial date. A continuance is a postponement of the trial to a later date and time. Each party is allowed only one continuance.

### PREPARATION FOR COURT:

Come prepared to present your side. The purpose of small claims court is to offer an inexpensive and quick method of resolving disputes and your preparation will help this effort.

Bring all evidence with you at the time of your trial. This includes all receipts, invoices, pictures, etc. If your case involves estimates (for auto repair, etc.), please bring at least 3 estimates to court for the Judge's consideration. Bring all witnesses with you to the trial. This is your court date and no continuance will be granted to bring new witnesses or evidence at a later date. If you feel you may need to subpoena a witness provide the court with their name, correct address, and case number and the clerks will issue the subpoenas. The cost is $10.86 for service by certified mail or $50.00 for service by the Sheriff's Office or Private Process Server.

**NOTE:** All hand-written, notarized statements may be considered by the Judge as hearsay and discarded. If your case depends on the testimony of a witness, **it is best to have them in court in person.**

### CONDUCTING YOURSELF IN THE COURTROOM:

You should direct all questions and statement to the Judge. **Do not** direct any question or communication to the opposing party. **Do not** interrupt the Judge or the other party.

### JUDGMENT:

The court only decides who should prevail in a given suit. Courts traditionally are only responsible for deciding of disputes and not the enforcement of the judgment. It is totally plaintiff's responsibility to make sure that they are paid by defendant. If you have trouble collecting the money the Judge has awarded you, there are two possible actions you may take for collection, a Writ of Garnishment or Executions.

### GARNISHMENTS:

The writ of garnishments of wages will order an employer to withhold a certain amount of the defendant's paycheck not to exceed 25% of the net pay. Sometimes a person will not make enough income to allow garnishment and those wages are protected by law. In this situation, another option is to garnish their bank account.

### EXECUTIONS:

A writ of execution is mor complicated. It is an order directing the Sheriff to seize the property of the defendant and sell it at public auction.

# IN THE DISTRICT COURT OF PULASKI COUNTY, ARKANSAS

PULASKI COUNTY DISTRICT COURT
3001 West Roosevelt
Little Rock, Arkansas 72204
Tele (501) 340-6830 / Fax (501) 340-6899

## SMALL CLAIMS DIVISION
## ANSWER / COUNTERCLAIM

Case No. PCSC-16-199

Plaintiff (Same as listed on complaint form)

_____
Street Address

_____
City                State      Zip

_____
Telephone

vs.

_____
Defendant (Same as listed on complaint form)

A copy of your answer or counterclaim must be filed with the Court within 30 days for Arkansas residents or 30 days for non-residents from the date you receive this summons and a copy delivered or mailed to the plaintiff or his attorney (if applicable), or a default judgment will be entered against you.

**CHECK ONE:**

A. _____ I admit everything in the complaint. (If you checked "A", you do not have to appear in court.)
B. _____ I admit that I am responsible, but not for the total amount claimed by Plaintiff. (Explain below)
C. _____ I deny that I am responsible at all. (Explain below)
D. _____ I deny that I am responsible at all, and wish to file a counterclaim against the Plaintiff as indicated below.

If you checked "B", "C", or "D", briefly explain the reasons for your answer.

B, C, D _____

_____

_____

AMOUNT OF COUNTERCLAIM $ _____

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I HAVE SENT A COPY OF THIS ANSWER OR COUNTERCLAIM TO THE PLAINTIFF AT THE ABOVE ADDRESS.

DATE: _____

_____
Signature of Defendant or Defendant's Attorney

_____
Street Address

_____
City         State      Zip

_____
Telephone

Original — Court (White Copy)
2nd Copy — Defendant (Yellow Copy)
3rd Copy — Plaintiff (Pink Copy)

**KEEP A COPY OF THIS ANSWER**

COMPLETE THIS ANSWER AND MAIL THE ORIGINAL TO PULASKI COUNTY DISTRICT COURT, 3001 WEST ROOSEVELT, LITTLE ROCK, ARKANSAS 72204, (501) 340-6830.

## INSTRUCTIONS TO DEFENDANT

1. If you wish to contest the plaintiff's claim and file a claim against the plaintiff, please complete this answer / counterclaim form and file with the Clerk's Office within 30 days.

2. Mail the original form to the Clerk's Office at the address on the bottom of the answer / counterclaim and mail the plaintiff a copy of the answer / counterclaim. The pink copy mailed to the plaintiff by certified mail and the proof of service (green card) must be brought to court on the court date.

## INSTRUCTIONS TO PLAINTIFF

1. By this form, the defendant is **SUING YOU**.

2. (a) You must appear at the date and at the time set for trial. Unless noted otherwise, the original date of trial remains the same. If you fail to appear, the defendant may be given a default judgment against you in the amount specified in the counterclaim.

   (b) You should bring with you at the time set for trial all books, papers, witnesses, and evidence you have to establish your defense.

   (c) You may bring witnesses with you to testify on your behalf or you may have witnesses subpoenaed by providing a list of their names and addresses and telephone numbers to the Court Clerk of the PULASKI COUNTY DISTRICT COURT. At your request, the court will issue subpoenas for any witnesses you may need. (You must order a subpoena as soon as possible, at least three days before the disposition date.)



**CERTIFIED MAIL**

**Pulaski County**
OFFICE OF THE DISTRICT COURT
3001 W. ROOSEVELT
LITTLE ROCK, ARKANSAS 72204

7013 0600 0001 3759 4325

neopost
06/13/2016
US POSTAGE $06.47⁰

ZIP 72204
041L13818407

RESTRICTED DELIVERY   DIVERSIFIED ADJUSTMENT SERVICE, INC.   RESTRICTED DELIVERY
c/o CT CORPORATION SYSTEM INC
100 S. 5TH STREET, SUITE 1075
MINNEAPOLIS, MN 55402

55402$1265 C007

PCSC-16-199 △ AOS CS1∅