IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM SCHROCK                                                                                           PLAINTIFF

v.                                              No. 4:16CV00497 JLH

DIVERSIFIED ADJUSTMENT SERVICE, INC.                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 15th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE